UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| GABE ALLEN ROBERTS ) | CASE NO. 08-12122 |
| MELISSA LYNN ROBERTS, ) | Chapter 7 |
| ) | |
| DEBTOR(S). ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Worldwide Asset Purchasing II, LLC | Assignee: Checksmart Financial Co. c/o West Asset Management, Inc. P.O. Box 105698 Atlanta, GA 30348 | $2.42 |
| David M. Allen, DDS & Associates, PC | c/o Robert A. Schlifke, Esq. P.O. Box 11296 South Bend, IN 46634 | $3.28 |
| Verizon North, Inc. | Vativ Recovery Solutions, LLC as Agent for Palisades/ASTA Funding P.O. Box 19249 Sugar Land, TX 77496 | $3.90 |
| Fort Wayne Orthopaedics | c/o Snow & Sauerteig LLP 203 E. Berry St., Suite 1310 Fort Wayne, IN 46802 | $2.75 |
| Summit Radiology | c/o Snow & Sauerteig, LLP 203 E. Berry St., Suite 1310 Fort Wayne, IN 46802 | $0.81 |

- 2 -

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Summit Radiology | c/o Snow & Sauerteig, LLP<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $3.92 |
|  | Total | $17.08 |

**WHEREFORE**, Trustee is depositing the total sum of $17.08 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: October 18, 2010**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
           **MARTIN E. SEIFERT**
           **I.D. #16857-02**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 18th day of October, 2010, to:

Zachary A. Witte, Esq.
Locke & Witte
520 S. Calhoun St.
Fort Wayne, IN 46802

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Worldwide Asset Purchasing II, LLC
Assignee: Checksmart Financial Co.
c/o West Asset Management, Inc.
P.O. Box 105698
Atlanta, GA 30348

David M. Allen, DDS & Associates, PC
c/o Robert A. Schlifke, Esq.
P.O. Box 11296
South Bend, IN 46634

Verizon North, Inc.
Vativ Recovery Solutions, LLC
as Agent for Palisades/ATSA Funding
P.O. Box 19249
Sugar Land, TX 77496

Fort Wayne Orthopaedics
c/o Snow & Sauerteig LLP
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802

Summit Radiology
c/o Snow & Sauerteig, LLP
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802

          /s/ Martin E. Seifert
**MARTIN E. SEIFERT**